UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____

Eva Christian,

        Plaintiff,   : Civil Action No.:  3:10-cv-1196 (JBA)

    v.

Diversified Consultants, Inc.; and
DOES 1-10, inclusive,

        Defendants.
_____

## STIPULATION OF DISMISSAL

    WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

    WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

    WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants Diversified Consultants, Inc. with prejudice and without costs to any party.

2

| Eva Christian | Diversified Consultants, Inc. |
|---|---|
| __/s/ Sergei Lemberg__ | __/s/ Jonathan Elliot__ |
| **Sergei Lemberg, Esq. (Juris No. 425027)** | **Jonathan D. Elliot, Esq.** |
| **LEMBERG & ASSOCIATES** | **Zeldes, Needle & Cooper, P.C.** |
| **1100 Summer Street, 3rd Floor** | **1000 Lafayette Blvd.** |
| **Stamford, CT  06905** | **Bridgeport, CT 06604** |
| **(203) 653-2250** | **Telephone: (203) 333-9441** |
| **Attorney for Plaintiff** | **Facsimile:  (203) 333-1489** |
| | **Attorney for Defendant** |

_____
**SO ORDERED**

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg